COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 October 12, 2016
 No. 10-15-00372-CV
 EX PARTE MILTON LEE GARDNER
 
 center-4254500
 From the 77[th] District Court
 Limestone County, Texas
 Trial Court No. J-291-A-1
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's Order Denying Application for Writ of Habeas Corpus signed on October 9, 2015 is affirmed.
 It is further ordered that the State of Texas, is awarded judgment against Milton Lee Gardner for the State of Texas's appellate costs that were paid, if any, by the State of Texas; and all unpaid appellate court costs, if any, are taxed against Milton Gardner.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk
1006779787783800